**Opinion issued June 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00583-CR

_____

## IN RE JOE GARCIA ESTRADA, Relator[1]

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Joe Garcia Estrada filed a petition for writ of mandamus seeking to compel the district court to "make prompt ruling rule upon Relator's Motion to

---

[1] Relator identifies himself as "Joe Salinas Estrada Junior," asserting that he is also know as "Joe Garcia Estrada." We refer to relator by the name used in the underlying case, Joe Garcia Estrada.

Obtain a Free Transcripts/Record for Appeal or Motion to Compel Attorney to Produce Client's File." [2] We deny the petition.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[2] The underlying case is *The State of Texas v. Joe Garcia Estrada*, cause number 697896 in the 180th District Court of Harris County, Texas, the Honorable Tami Pierce presiding.